IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DONALD A. CHAMBERLAIN, | |
| Plaintiff, | CIVIL ACTION NO.: 2:17-cv-121 |
| v. | |
| LAZEGA & JOHANSON, LLC; and TRANSWORLD SYSTEMS, INC., | |
| Defendants. | |

**SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the Court issues the following scheduling order in this matter. With the issue having been joined on October 25, 2017, and the parties having held a conference pursuant to Federal Rule of Civil Procedure 26(f) on November 17, 2017, the following deadlines shall apply. These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties

join in, consent to, or oppose the request for an extension. When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| LAST DAY FOR FILING MOTIONS<br>TO AMEND OR ADD PARTIES | January 8, 2018 |
| WRITTEN DISCOVERY UNDER RULES 33<br>THROUGH 36 OF THE FEDERAL RULES OF CIVIL<br>PROCEDURE | March 1, 2018 |
| DISCOVERY DEPOSITION OF WITNESSES WHO<br>HAVE NOT BEEN DESIGNATED AS EXPERTS | March 15, 2018 |
| DEPOSITIONS OF ALL WITNESSES (WHETHER FACT<br>OR EXPERT) THAT ARE *DE BEN ESSE* DEPOSITIONS<br>AND TAKEN NOT FOR DISCOVERY BUT FOR USE<br>AT TRIAL | May 22, 2018 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS<br>BY PLAINTIFF | January 26, 2018 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS<br>BY A DEFENDANT | March 2, 2018 |
| DISCOVERY DEPOSITION OF WITNESSES WHO<br>HAVE BEEN DESIGNATED AS EXPERTS | March 15, 2018 |
| STATUS REPORT DUE[1] | March 19, 2018 |

---

[1] A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

LAST DAY FOR FILING ALL CIVIL MOTIONS,
INCLUDING *DAUBERT* MOTIONS, BUT
EXCLUDING MOTIONS IN LIMINE                                            April 20, 2018


PRE-TRIAL ORDER DUE[2]                                                 June 12, 2018


**SO ORDERED**, this 4th day of January, 2018.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] The pretrial order shall be in the format for Judge Lisa Godbey Wood. The required form can be located at the Court's website www.gasd.uscourts.gov under "forms." If a motion for summary judgment or other dispositive motion is pending at the time of this deadline, the deadline for filing the pretrial order is automatically extended. In such event, the parties need not and shall not file a motion to extend the pretrial order deadline. Rather, the parties shall file the proposed pretrial order within **twenty-one (21) days** of this Court's ruling on the motion for summary judgment or other dispositive motion.