IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DONALD A. CHAMBERLAIN, | |
| Plaintiff, | CIVIL ACTION NO.: 2:17-cv-121 |
| v. | |
| LAZEGA & JOHANSON, LLC; and TRANSWORLD SYSTEMS, INC., | |
| Defendants. | |

**O R D E R**

Presently before the Court is Defendant Transworld Systems Inc.'s ("TSI") Motion for Extension of Time to Complete Discovery, (doc. 28), to which Plaintiff filed a Response in opposition, (doc. 31). Defendant TSI requests a sixty (60) day extension of "the remaining case management deadlines." (Doc. 28, p. 1.) Discovery closed on March 15, 2018. (Doc. 25.) The Court held a status conference with the parties concerning this Motion and other disputed discovery matters on March 22, 2018. (Doc. 33.) After careful consideration, and for the reasons and in the manner set forth during the status conference, the Court **GRANTS in part** Defendant TSI's Motion for Extension of Time. (Doc. 28.)

The Court extends discovery on a limited basis for a period of **forty-five (45) days** from the March 22, 2018 hearing. During this limited discovery period the parties shall only conduct depositions and such depositions shall only pertain to two threshold liability issues: (1) standing to pursue debt collection actions in the name of the debt's trust rather than the trustee; and (2) the debt's true chain of title and ownership. Following the end of this limited discovery period, the parties shall have a subsequent **thirty (30) day** period to file dispositive motions as to the two threshold liability questions of law.

The Court directs Defendants to preserve any and all previously disputed discovery material,[1] including but not limited to, any material Defendants assert is protected by attorney-client privilege.  Furthermore, any dispositive motion filed by Plaintiff or Defendants must be limited to the two, threshold legal issues of liability identified above and must avoid briefing the Court on issues related to damages.

THEREFORE, IT IS HEREBY ORDERED that discovery and other deadlines are extended as follows:

| | |
|---|---|
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | May 7, 2018 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | May 7, 2018 |
| STATUS REPORT DUE[2] | May 11, 2018 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | June 6, 2018 |
| DEPOSITIONS OF ALL WITNESSES (WHETHER FACT OR EXPERT) THAT ARE *DE BEN ESSE* DEPOSITIONS AND TAKEN NOT FOR DISCOVERY BUT FOR USE AT TRIAL | July 16, 2018 |

---

[1] Defendants have resisted Plaintiff's discovery of materials related to similarly situated debt collection actions brought by Defendants, and the Parties dispute the extent to which attorney-client privilege protects such material.  (Docs. 27, 28, 31.)  At the two discovery-dispute hearings held in this case, the Court determined, in agreement with Plaintiff and Defendants, that the material in question was irrelevant to the threshold legal issues of liability and would only be necessary should Plaintiff prevail at the dispositive motion stage.  (Docs. 27, 33.)

[2] A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms."  The parties are directed to use the content and format contained in this Form when reporting to the Court.

PRE-TRIAL ORDER DUE[3]                                                                    August 6, 2018

      **SO ORDERED**, this 27th day of March, 2018.

                              R. STAN BAKER
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF GEORGIA

---

[3] The pretrial order shall be in the format for Judge Lisa Godbey Wood.  The required form can be located at the Court's website http://www.gasd.uscourts.gov under "forms."  If a motion for summary judgment or other dispositive motion is pending at the time of this deadline, the deadline for filing the pretrial order is automatically extended.  In such event, the parties need not and shall not file a motion to extend the pretrial order deadline.  Rather, the parties shall file the proposed pretrial order within **twenty-one (21) days** of this Court's ruling on the motion for summary judgment or other dispositive motion.

3